**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 21-2348**

---

In re: VINCENTE ANTOINE BAKER,

      Petitioner.

---

On Petition for Writ of Mandamus. (1:19-cv-00726)

---

Submitted: February 24, 2022              Decided: February 28, 2022

---

Before GREGORY, Chief Judge, and NIEMEYER and KING, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Vincente Antoine Baker, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincente Antoine Baker petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2241 petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently took significant action on Baker's 28 U.S.C. § 2241 petition. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*